UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| P. LAVI,<br><br>        Plaintiff,<br><br>v.<br><br>BRADLEY SHARP,<br><br>        Defendant. | Case No. 2:23-cv-03638-SB-KS<br><br>ORDER DISMISSING CASE FOR LACK OF PROSECUTION |

    Plaintiff P. Lavi filed this action against Defendant Bradley Sharp in the United States District Court for the Southern District of New York. That court transferred venue to this district and stated that "[w]hether Plaintiff should be permitted to proceed further without prepayment of fees is a determination to be made by the transferee court." Dkt. No. 2 at 2. On May 18, 2023, this Court's Office of the Clerk issued a notice advising Plaintiff that he had not paid the filing fee, providing a form for applying to proceed in forma pauperis if Plaintiff was unable to pay the entire fee, and cautioning him, "If you do not respond within THIRTY DAYS from [May 18], your action will be either dismissed or remanded to state court, as appropriate." Dkt. No. 5 at 1.

    More than 30 days have passed since May 18, and Plaintiff has neither paid his filing fee nor filed an application to proceed in forma pauperis. Accordingly, Plaintiff's claims are DISMISSED without prejudice for lack of prosecution. A final judgment will be entered separately. IT IS SO ORDERED.

Date: July 10, 2023

                                              Stanley Blumenfeld, Jr.
                                             United States District Judge