JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| P. LAVI,<br><br>    Plaintiff,<br><br>v.<br><br>BRADLEY SHARP,<br><br>    Defendant. | Case No. 2:23-cv-03638-SB-KS<br><br>FINAL JUDGMENT |

    For the reasons stated in the separate order of dismissal entered this day, it is ORDERED AND ADJUDGED that Plaintiff P. Lavi's claims against Defendant Bradley Sharp are DISMISSED without prejudice for lack of prosecution.

    This is a final judgment.

Date: July 10, 2023

                                                   Stanley Blumenfeld, Jr.
                                                 United States District Judge